PHILPOT *et al. v.* CHATTANOOGA, ROME & SOUTHERN RAILROAD CO.

FISH, J.  The plaintiffs having introduced evidence sufficient to sustain a recovery in their favor for some amount, the court erred in granting a nonsuit.

*Judgment reversed.  All the Justices concurring.*

Submitted November 11, — Decided December 11, 1901.

Complaint.  Before Judge Janes.  Haralson superior court. July 22, 1901.

*W. R. Hutcheson,* for plaintiffs.
*E. S. & G. D. Griffith,* for defendant.